# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CR131 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PABLO REZA LANDIN, ) | |
| RAUL JIMINEZ and ) | |
| SCOTT D. FREESE, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the government's motion for status hearing (Filing No. 116). The government requested a hearing regarding the trial of defendants Pablo Reza Landin, Raul Jiminez and Scott D. Freese. The court held a telephone conference with counsel for the government, Pablo Reza Landin, Raul Jiminez, and Scott D. Freese on October 10, 2005. Joe W. Stecher represented the government, Michael T. Levy represented Pablo Reza Landin, Wesley S. Dodge represented Raul Jiminez and James K. McGough represented Scott D. Freese. Upon consideration, the motion will be granted. During the conference all parties agreed that this matter is a complex case requiring additional time and that the additional time granted by this motion should be excluded under the Speedy Trial Act.

**IT IS ORDERED:**

1. The government's motion (Filing No. 116) is granted as set forth below.

2. Trial of this matter is scheduled for **January 30, 2006,** before Judge Laurie Smith Camp and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **November 10, 2005 and January 30, 2006,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of November, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge