# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR131 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **PABLO REZA LANDIN,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Michael T. Levy to withdraw as appointed counsel for the defendant, Pablo Reza Landin (Landin) (Filing No. 130). Since retained counsel, Hugh I. Abrahamson, has entered an appearance for Landin (Filing No. 129), Mr. Levy's motion to withdraw (Filing No. 130) is granted. Mr. Levy shall forthwith provide Mr. Abrahamson with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Levy which are material to Landin's defense.

Mr. Levy shall submit his CJA voucher to the Office of the Federal Public Defender within forty-five days of this order.

The clerk shall provide a copy of this order to the Federal Public Defender.

**IT IS SO ORDERED.**

DATED this 5th day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge