IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR131 |
| | ) | |
| v. | ) | |
| | ) | |
| PABLO REZA LANDIN, RAUL JIMINEZ, SCOTT D. FREESE, | ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED that the following is set for hearing on January 23, 2006 at 2:00 p.m. before District Court Judge Laurie Smith Camp, *Courtroom No. 2*, *Third Floor*, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska:

**#153 Motion for Reconsideration - Landin**
**#154 Motion to Compel - Freese**
**#155 Motion in Limine - Freese**
**#156 Motion to Produce - Freese**

Since this is a criminal case, Pablo Reza Landin, Raul Jiminez, Scott Freese must be present, unless excused by the Court. If required an interpreter will be provided by the Court.

DATED this 19th day of January, 2006.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge