IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR131 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PABLO REZA LANDIN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to proceed on appeal in forma pauperis (Filing No. 305). The Defendant also filed a Notice of Appeal. (Filing No. 304.)

The Defendant was permitted to proceed in district court as one financially unable to obtain adequate defense prior to obtaining retained counsel. Defendant is entitled to proceed in forma pauperis on appeal without further authorization, unless this Court certifies that the appeal is not taken in good faith or finds that the Defendant is not otherwise entitled to proceed in forma pauperis. Fed. R. App. P. 24(a)(3). The Court does not intend to so certify or find.

Therefore, the motion will be granted, and the Defendant may proceed on appeal in forma pauperis.

IT IS ORDERED:

1. The Defendant's motion to proceed on appeal in forma pauperis (Filing No. 305) is granted; and

2. The Defendant may proceed on appeal in forma pauperis.

DATED this 26th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge