IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PABLO R. LANDIN, | ) | 8:10CV166 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RICHARD B. IVES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. On April 29, 2010, Magistrate Judge Kendall Newman entered an order transferring this matter from the Eastern District of California to this court. (Filing No. 4.) In doing so, that court determined that "Petitioner challenges a conviction entered in the United States District Court for the District of Nebraska. Because petitioner challenges his conviction, his application must be construed as an application for writ of habeas corpus under 28 U.S.C. § 2255." (*Id.*) The court has carefully reviewed the Petition and finds that it does, indeed, challenge Petitioner's conviction and sentence in Case No. 8:05CR131.

IT IS THEREFORE ORDERED that:

1. In accordance with General Order No. 2008-15, this matter is a petition filed pursuant to 28 U.S.C. § 2255 and is removed from the pro se docket.

2. The Clerk of the court is directed to call this case to the attention of Chief Judge Joseph Bataillon for possible reassignment to District Judge Laurie Smith Camp, because this matter is related to Case No. 8:05CR131, in which she was the assigned judge.

DATED this 10th day of May, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2