IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:05CR131 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **PABLO REZA LANDIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for reconsideration (Filing No. 452) of the denial of his motion filed under 28 U.S.C. § 2255. The motion was carefully considered.

IT IS ORDERED:

1. The Defendant's motion for reconsideration (Filing No. 452) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 14th day of July, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge